1019

Nathan Scarritt and E. S. Champlin, both of Enid, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal, D.C., 25 F.Supp. 218, dismissed with prejudice, at appellants' costs, pursuant to stipulation.

PER CURIAM.

By agreement of the parties this cause, and Cause No. 3637 in the District Court of the United States for the Southern District of Ohio, Eastern Division, from the judgment in which latter cause an appeal has been taken to this court, are hereby settled and dismissed, each party to pay his and its own costs.

**Daniel W. PASONAULT, Appellee, v. DOLLAR STEAMSHIP LINES, Inc., Appellant.**

No. 345.

Circuit Court of Appeals, Second Circuit.

May 29, 1939.

**Edwin POOLE v. UNITED STATES of America.**

No. 9198.

Circuit Court of Appeals, Ninth Circuit.

June 12, 1939.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Raymond Parmer and Walter X. Connor, both of New York City, of counsel), for appellant.

Henry Fabricant, of New York City, for appellee.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Decree affirmed.

William Ferriter and James C. Purcell, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and S. P. Murman, Asst. U. S. Atty., both of San Francisco, Cal.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee to dismiss appeal for failure of appellant to file record and docket cause, and there being no opposition thereto by appellant, ordered motion granted, and appeal dismissed for failure of appellant to prosecute appeal; mandate to issue as provided in Rule 28.